UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING: § § § § | MISC NO. 5:19-mj-1870 |

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND RELATED DOCUMENTS

COMES NOW the United States of America, through Jennifer B. Lowery, United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, and moves this Court for an Order to unseal the search warrant application, affidavit, and other motions and orders in the above referenced matter to allow the Government to comply with discovery obligations in Cause No. 5:22-CR-00371 currently pending before the Southern District of Texas, Laredo Division.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: /s/ *Brandon Bowling*
for Courtney Nix
Assistant United States Attorney
11024 McPherson Road, Suite 100A
Laredo, Texas 78045
Tel: 956-723-6523